Form sumprtrl (12/03)

## UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

---

**In Re:**　　　　　　　　　　　　　　　　　Case No.:　　09–27116
David Bo Hyeon Lim　　　　　　　　　　　Chapter:　　　7
Debtor(s)

　　　　　　　　　　　　　　　　　　　　　Adversary No.:　09–00775
Plaintiff(s)　　　　　　　　　　　　　　　Judge:　　　　Duncan W. Keir
GE Money Bank

VS.

Defendant(s)
David Bo Hyeon Lim

---

### SUMMONS AND NOTICE OF PRE–TRIAL CONFERENCE

To the above named defendant(s):

You are hereby summoned and required to file with this court and to serve upon the plaintiff or the plaintiff's attorney:

> Mark David Meyer
> Rosenberg & Associates, LLC
> 7910 Woodmont Ave.
> Suite 750
> Bethesda, MD 20814

either a motion or an answer to the complaint which is now served upon you.

　　　If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney within 30 days of the date of issuance of this by the clerk except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

　　　The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.

　　　YOU ARE HEREBY NOTIFIED THAT A PRE–TRIAL CONFERENCE WITH RESPECT TO THIS COMPLAINT HAS BEEN SET FOR:

　　　　　1/19/10 at 10:00 AM

　　　　　U.S. Post Office Building, 129 East Main Street, Room 104, Salisbury, MD 21801

Dated: 11/9/09

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Mark D. Sammons*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Bankruptcy Court



Nov 09, 2009
*Mark D. Sammons*
**Clerk of the Bankruptcy Court**