**SO ORDERED**



_____
DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

**IN RE**

**DAVID BO HYEON LIM**                           Case No. 09-27116-DWK
                                                  Chapter 7 (SAL)

    **Debtor**
_____

**G.E. MONEY BANK,**

    **Movant**

**v.**                                            Adversary No. 09-00775-DWK

**DAVID BO HYEON LIM**

    **Respondents**
_____

**ORDER APPROVING STIPULATED SETTLEMENT OF ADVERSARY COMPLAINT
AND CLOSING CASE**

Upon consideration of the parties' Stipulated Settlement of the above-captioned adversary proceeding, it is hereby

ORDERED that the Stipulated Settlement is APPROVED, and it is further

1

2

ORDERED that the debt in the amount of $7,257.04 owed by the Defendant to the Plaintiff is non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(C) subject to the terms of the Stipulated Settlement; and it is further

ORDERED that the Office of the Clerk shall mark the matter CLOSED subject to the terms and conditions of the Stipulated Settlement.

cc:
Plaintiff's Counsel
Defendant's Counsel
Defendant

**END OF ORDER**

2

ORDERED that the debt in the amount of $7,257.04 owed by the Defendant to the Plaintiff is non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(C) subject to the terms of the Stipulated Settlement; and it is further

ORDERED that the Office of the Clerk shall mark the matter CLOSED subject to the terms and conditions of the Stipulated Settlement.

cc:
Plaintiff's Counsel
Defendant's Counsel
Defendant

**END OF ORDER**